759 A.2d 1219

IN THE MATTER OF CARMINE DE SANTIS,
AN ATTORNEY AT LAW.

October 17, 2000.

## ORDER

**CARMINE DE SANTIS** of **STATEN ISLAND, NEW YORK,**
who was admitted to the bar of this State in 1988, having pleaded
guilty to a charge of obstruction of justice, in violation of 18
*U.S.C.A.* § 1505, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **CAR-
MINE DE SANTIS** is temporarily suspended from the practice of
law pending the final resolution of ethics proceedings against him,
effective immediately and until the further Order of this Court;
and it is further

ORDERED that **CARMINE DE SANTIS** be restrained and
enjoined from practicing law during the period of his suspension;
and it is further

ORDERED that **CARMINE DE SANTIS** comply with *Rule*
1:20–20 dealing with suspended attorneys.